

## OFFICE OF THE COUNTY COUNSEL
Hall of Records, Room 535, Newark, NJ 07102
Tel 973.621.5003   Fax 973.621.4599
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

September 11, 2019

<u>Via ECF</u>
Honorable Renee Marie Bumb, U.S.D.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 1050
4th and Cooper Streets
Camden, New Jersey 08101

    Re: <u>Jody Lutter v. JNESO, et al.</u>
       Case Number: 1:19-cv-13478-RMB-KMW

Your Honor:

The County of Essex's response is currently due on September 27, 2019. Please accept this letter as a request for an extension until October 2, 2019 to file responsive papers. I have received consent from plaintiff's attorney for the requested extension, which is attached hereto as *Exhibit A* for your review.

Respectfully submitted,
/s/ *Robin Magrath*

Robin Magrath, Esq.
Director of Labor Relations

cc: All counsel of record – via ECF

**SO ORDERED this** \_\_\_\_ **day of** \_September\_ **20** 19

_____
**United States District Judge**

*Putting Essex County First*
**ESSEX COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER**