BRADY McGUIRE & STEINBERG, P.C.
303 South Broadway, Suite 234
Tarrytown, New York 10591
Telephone: (914) 478-4293
Facsimile: (914 ) 478-4142
*Attorneys for Defendant International Union of Operating Engineers*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------X
JODY LUTTER, an individual,

                    Plaintiff,

    v.

JNESO, an incorporated employees' labor organization, INTERNATIONAL UNION OF OPERATING ENGINEERS, an incorporated employees' labor organization, COUNTY OF ESSEX, PHIL MURPHY, in his official capacity as Governor of New Jersey, JOEL M. WEISBLATT, PAUL BOUDREAU, PAULA B. VOOS, JOHN BONANNI, DAVID JONES and PASQUALE V. PAPERO, in their official capacities as members of the New Jersey Public Employment Relations Commission,

                    Defendants.
------------------------------------------------------------X

Civil Action No. 19-CV-13478-RMB-KMW

Honorable Renee Marie Bumb

**STIPULATION OF**
**<u>VOLUNTARY DISMISSAL</u>**

      Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff JODY LUTTER, hereby gives notice and the undersigned counsel for the parties identified below stipulate that the above-captioned matter is voluntarily dismissed without prejudice as against Defendant INTERNATIONAL UNION OF OPERATING ENGINEERS.

Dated:  Tarrytown, New York
         February 24, 2020

| KING MOENCH HIRNIAK & MEHTA, LLP | BRADY McGUIRE & STEINBERG, P.C. |
|---|---|
| /s/ *Matthew C. Moench* | /s/ *James M. Steinberg* |
| Matthew C. Moench, Esq. | James M. Steinberg, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant I.U.O.E. |
| 51 Gibraltar Drive, Suite 2F | 303 South Broadway, Suite 234 |
| Morris Plains, New Jersey 07950 | Tarrytown, New York 10591 |
| (973) 998-6860 | (914) 478-4293 |

SO ORDERED:

_/s/ Renee Marie Bumb_
The Honorable Renee Marie Bumb
United States District Judge
2/25/20